**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF ABATEMENT

Appellate case name:        Rajfik Dominique Keating v. The State of Texas

Appellate case number:    01-19-00981-CR

Trial court case number:    1644110

Trial court:                      183rd District Court of Harris County

A jury convicted appellant, Rajfik Dominique Keating, of the offense of murder, and assessed his punishment at confinement for fifty years. The trial court appointed Thomas J. Lewis to represent appellant on appeal. Appointed counsel has filed a motion to withdraw as appellant's counsel, stating that he "has accepted a position with the Office of the Public Defender in Santa Fe, New Mexico," requiring him to move out of the State, and further, that "[a]s a public employee, [Lewis] is precluded from outside employment."

Accordingly, we abate the appeal and remand the case to the trial court to determine whether appointed counsel, Thomas J. Lewis, should be allowed to withdraw from representing appellant on appeal. If counsel is allowed to withdraw, the trial court is directed to appoint counsel, at no expense to appellant, to represent him on appeal. *See* TEX. CODE CRIM. PROC. ANN. art. 1.051(a), (c), (d)(1); 26.04(a), (b)(1), (p).

The trial court clerk is directed to file a supplemental clerk's record containing the trial court's orders, and any findings or recommendations, with this Court no later than 30 days from the date of this order.

The appeal is **abated**, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: ___/s/ Terry Adams_____
               ☑ Acting individually    ☐ Acting for the Court

Date: __December 29, 2020___